KNUTSON HARDWARE CO., PETITIONER, *v.* COMMISSIONER OF
INTERNAL REVENUE, RESPONDENT.

Docket No. 4384. Decided October 4, 1926.

*Roy P. Willcox, Esq.*, for the petitioner.
*John W. Fisher, Esq.*, for the respondent.

LITTLETON: This proceeding involves a deficiency of $1,880.14 for
the calendar year 1920. Petitioner assigns the following errors by
the Commissioner:

(1) Failure to include in invested capital promissory notes
amounting to $9,800 paid in for stock.

(2) Refusal to compute the income upon the accrual basis.

(3) Failure to include $2,197 paid for wood in the merchandise
account.

(4) Refusal to allow a deduction of $780 for Wisconsin state taxes
paid during the year.

(5) Disallowance of alleged worthless accounts totaling $692.29.

### FINDINGS OF FACT.

Petitioner is a Wisconsin corporation engaged in the sale of hardware and implements at retail at Blair. It also purchased and sold
wood. The Commissioner concedes that petitioner's books and
records were maintained upon the accrual instead of the cash basis,
as used by him, and that the Wisconsin personal property taxes for
1920 were a proper accrual during that year.

Such books and records as the petitioner maintained were kept
upon the accrual basis. The Commissioner's agent who examined
them concluded that the income should be determined upon the basis
of cash received and disbursed, and that only $3,000, representing
promissory notes paid in for stock, should be included in invested
capital. J. A. Knutson individually owned Liberty bonds of the
value of $500, which appeared upon the petitioner's books as being
its property, and these bonds were erroneously included by the Commissioner in petitioner's invested capital.

Petitioner was organized in 1920 to take over the individual business of the former owner. It issued certain of its capital stock to
J. O. Knutson for which he gave his interest-bearing promissory note
payable on demand for $7,600; and likewise the corporation sold and
issued to I. N. Knutson certain shares of stock in exchange for his
interest-bearing promissory note dated January 2, 1920, for $2,200,
payable on demand. The makers of these notes were solvent and
the notes were worth their face value. They should be included in
invested capital.

During 1920 certain of the petitioner's customers paid their accounts in firewood, the total amount of wood so purchased during the year being as follows:

165½ cords green wood at $6.00_____ $993
172 cords dry wood at $7.00_____ 1,204
                                                                  ─────
    Total _____ 2,197

All of this wood was sold during the year 1920 and the proceeds thereof were entered upon the petitioner's records as receipts from merchandise sold during the year. The amount of $2,197 should be included in purchases during the year.

During 1920 petitioner had upon its books numerous small accounts receivable, ranging from $1 to $43, totaling $692.29. These accounts were worthless on December 31, 1920. They were charged off by the petitioner and the total thereof was a proper deduction from gross income for 1920.

> *Order of redetermination will be entered on 15 days' notice, under Rule 50.*